UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
ANNMARIE MATERA,

        Plaintiff,

   -against-

LIVE NATION CONCERTS, INC., POLISH ARMY VETERAN'S ASSOCIATION OF AMERICA, DISTRICT NO. 2, INC. AND LIVE NATION WORLDWIDE, INC.,

        Defendants.
------------------------------------------------------- X

Case No.: 1:18-cv-01894-LGS

**CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

LORNA G. SCHOFIELD, United States District Judge:

      This Civil Case Management Plan is submitted by Plaintiff Annmarie Matera and Defendants Live Nation Concerts, Inc. and Live Nation Worldwide, Inc. in accordance with Fed. R. Civ. P. 26(f)(3).

1. All parties [consent _____ / do not consent **X** ] to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. *See* 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. *[If all parties consent, the remaining paragraphs need not be completed.]*

2. The parties [have **X** / have not ] conferred pursuant to Fed. R. Civ. P. 26(f).

3. This case is governed by one of the following sets of rules, and the parties' proposed dates in this order have been adjusted accordingly.

    a. An employment case governed by the Initial Discovery Protocols for Employment cases? http://www.nysd.uscourts.gov/cases/show.php?db=judge_info&id=713. [Yes _____ / No **X** ]

    b. A case governed by Local Civil Rule 83.10, Plan for Certain § 1983 Cases Against the City of New York? http://www.nysd.uscourts.gov/docs/mediation/Local%20Civil%20Rule%2083.10.Final.pdf . [Yes _____ / No **X** ]

    c. A patent case subject to the Local Patent Rules and the Court's Individual Rules? http://www.nysd.uscourts.gov/rules/Standing_Order_In_re_Local_Patent_Rules.pdf and http://nysd.uscourts.gov/cases/show.php?db=judge_info&id=1491 [Yes _____ / No **X** ]

        d.        A wage and hour case governed by Initial Discovery Protocols for Fair Labor Standards Act? http://nysd.uscourts.gov/cases/show.php?db=judge_info&id=1492 [Yes_____/ No_____**X**___]

4.        Alternative Dispute Resolution/Settlement

        a.        Settlement discussions [have _____ / have not **X**] taken place.

        b.        Counsel for the parties have discussed an informal exchange of information in aid of early settlement and have agreed to exchange the following:

                **The parties have agreed to schedule the Rule 34 joint expert inspection of the facility at issue as soon as practicable.**

        c.        Counsel for the parties have discussed the use of the following alternate dispute resolution mechanisms for use in this case: (i) a settlement conference before a Magistrate Judge; (ii) participation in the District's Mediation Program; and (iii) retention of a private mediator. Counsel for the parties propose the following alternate dispute resolution mechanism for this case:

                **The parties will request a referral to the Southern District Mediation Program or a settlement conference with the assigned Magistrate Judge following the Rule 34 joint expert inspection of the facility at issue.**

        d.        Counsel for the parties recommend that the alternate dispute resolution mechanism designated in paragraph 4(b) be employed at the following point in the case (*e.g.*, within the next 60 days; after the deposition of plaintiff is completed (specify date); after the close of fact discovery):

                **The parties recommend that the alternate dispute resolution mechanism designated above be employed after the Rule 34 joint expert inspection of the facility at issue and after the close of fact discovery.**

        e.        **The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.**

5.        No additional parties may be joined after **August 31, 2018** without leave of Court.

6.        Amended pleadings may be filed without leave of Court until **August 31, 2018**.

7.        Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed no later than **14** days from the date of this Order. *[Within 14 days of the parties' Rule 26(f) conference, absent exceptional circumstances.]*

8. Fact Discovery

   a. All fact discovery shall be completed no later than **October 1, 2018**. (**Please see the attached addendum.**) *[A period not to exceed 120 days, unless the Court finds that the case presents unique complexities or other exceptional circumstances.]*

   b. Initial requests for production of documents pursuant to Fed. R. Civ. P. 34 shall be served by **June 29, 2018**.

   c. Responsive documents shall be produced by **July 30, 2018**.
   Do the parties anticipate e-discovery? [Yes         / No   **X**     ]

   d. Interrogatories pursuant to Fed. R. Civ. P. 33 shall be served by **June 29, 2018** .

   e. Depositions pursuant to Fed. R. Civ. P. 30, 31 shall be completed by **October 1, 2018**.

   f. Requests to admit pursuant to Fed. R. Civ. P. 36 shall be served by **August 31, 2018.**

   g. **Any of the deadlines in paragraphs 8(b) through 8(f) may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 8(a).**

9. Expert Discovery [if applicable]

   a. Anticipated types of experts if any:

   **ADA; Finance and Construction; and Damages Experts**

   b. If you have identified types of experts in question 9(a), all expert discovery shall be completed no later than **November 15, 2018**.
   *[Within 45 days from the date in paragraph 8(a), i.e., the completion of all fact discovery, absent exceptional circumstances.]* <u>Omit</u> if you have not identified types of experts.

   c. By **N/A (please see the attached addendum)***[no later than one month before the date in paragraph 8(a), i.e., the completion of all fact discovery]* the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents and depositions, provided that (i) expert report(s) of the party with the burden of proof shall be due before those of the opposing party's expert(s); and (ii) all expert discovery shall be completed by the date set forth in paragraph 9(b).

10.   This case [is  **X** ___ / is not _____ ] to be tried to a jury.[1]

11.   Counsel for the parties have conferred and their present best estimate of the length of trial is **2-4 days**.

12.   Other issues to be addressed at the Initial Pretrial Conference, including those set forth in Fed. R. Civ. P. 26(f)(3), are set forth below:

   **None.**

13.   Status Letters and Conferences

   a.   By **July 30, 2018** *[60 days after the commencement of fact discovery]*, the parties shall submit a joint status letter, as outlined in Individual Rule IV.A.2.

   b.   By **October 15, 2018** *[14 days after the close of fact discovery]*, the parties shall submit a joint status letter, as outlined in Individual Rule IV.A.2 and, in the event that they have not already been referred for settlement discussions, shall also advise the Court whether or not they request a referral for settlement discussions as provided in Paragraph 4(c) above.

   c.   On _____ at _____ A.M. *[usually 14 days after the close of discovery]*, a pre-motion conference will be held for any anticipated dispositive motions, provided:

   i. A party wishing to file a summary judgment or other dispositive motion shall file a pre-motion letter at least two weeks before the conference and in the form provided in the Court's Individual Rule III.A.1. Any party wishing to oppose shall file a responsive letter as provided in the same Individual Rule. The motion will be discussed at the conference.

   ii.   If no pre-motion letter is timely filed, this conference will be canceled and the matter placed on the Court's trial-ready calendar. The parities will be notified of the assigned trial-ready date and the filing deadlines for pretrial submissions. The parties are warned that any settlement discussions will not stay pretrial deadlines or the trial date.

---

[1] Plaintiff requested a jury trial in the Complaint; Defendants do not agree to a jury trial at this time.

This Order may not be modified or the dates herein extended, except as provided in paragraph 8(f)) or by further Order of this Court for good cause shown. Any application to modify or extend the dates herein, except as provided in paragraph 8(f), shall be made in a written application in accordance with the Court's Individual Rules and shall be made no less than 2 business days prior to the expiration of the date sought to be extended.

The Clerk of Court is directed to enter the dates under paragraphs 5, 6, 8(a), 9(b)-(c) and 13(a)-(c) into the Court's calendar.

SO ORDERED.

Dated:
New York, New York

                                                                              _____
                                                                              LORNA G. SCHOFIELD
                                                                              United States District Judge

Counsel for the Parties:

**PARKER HANSKI LLC**

By: _/s/ Robert G. Hanski_____
    Robert G. Hanski, Esq.
    Glen Parker, Esq.
    40 Worth Street, 10th Floor
    New York, New York 10013
    Telephone: (212) 248-7400
    Facsimile: (212) 248-5600
    rgh@ParkerHanski.com
    ghp@ParkerHanski.com

*Attorneys for Plaintiff*

**SEYFARTH SHAW LLP**

By: _/s/ John W. Egan_____
    John W. Egan, Esq.
    Paul H. Galligan, Esq.
    Samuel Sverdlov, Esq.
    620 Eighth Avenue
    New York, New York 10018-1405
    Direct: +1-212-218-5291
    Fax: +1-917-344-1332
    jegan@seyfarth.com
    pgaligan@seyfarth.com
    ssverdlov@seyfarth.com

*Attorneys for Defendants Live Nation*
*Concerts, Inc. and Live Nation*
*Worldwide, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- X
ANNMARIE MATERA,

        Plaintiff,

   -against-

LIVE NATION CONCERTS, INC., POLISH ARMY VETERAN'S ASSOCIATION OF AMERICA, DISTRICT NO. 2, INC. AND LIVE NATION WORLDWIDE, INC.,

        Defendants.
-------------------------------------------------------- X

Case No.: 1:18-cv-01894-LGS

**ADDENDUM TO CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

    The parties have agreed to include the following additional provisions in the Case Management Plan and Scheduling Order. The deadlines below can be extended by the parties on consent, without approval by the Court, so long as they do not extend beyond the discovery end date of November 15, 2018.

1. Rule 34 joint expert inspection by **July 30, 2018**.

2. Plaintiff's expert disclosures shall be served within **30 days** of the Rule 34 joint inspection.

3. Defendants' rebuttal expert disclosures shall be served within **30 days** of the service of Plaintiff's expert disclosures.

4. Expert depositions and any other expert discovery by **November 15, 2018.**